1  Amanda L. Groves (SBN: 187216)
   agroves@winston.com
2  Sean D. Meenan (SBN: 260466)
   smeenan@winston.com
3  WINSTON & STRAWN LLP
   101 California Street, 39th Floor
4  San Francisco, CA 94111-5802
   Telephone:    (415) 591-1000
5  Facsimile:    (415) 591-1400

6  Attorneys for Defendant
   DIAMOND FOODS, INC.
7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  **OAKLAND DIVISION**

11  DOMINIKA SURZYN, individually and on  )  **Case No. 4:14-cv-00136-SBA**
    behalf of all others similarly situated,  )
12                                             )  **STIPULATION AND [PROPOSED]**
                    Plaintiff,                 )  **ORDER CONTINUING CASE**
13                                             )  **MANAGEMENT CONFERENCE**
             v.                                )
14                                             )
    DIAMOND FOODS, INC., a Delaware limited )
15  liability company, and DOES 1 through 10,  )
    inclusive,                                 )
16                                             )
                    Defendant.                 )
17                                             )

18         WHEREAS, Dominika Surzyn ("Plaintiff") filed this action ("the Complaint") on

19  January 9, 2014;

20         WHEREAS, the initial Case Management Conference is scheduled for April 9, 2014 at 3:00

21  p.m.;

22         WHEREAS, counsel for Diamond Foods, Inc. is not available to participate in the Case

23  Management Conference on April 9, 2014;

24         WHEREAS, this Court holds telephonic Case Management Conferences on Wednesdays and

25  Thursdays between 2:30 p.m. and 3:15 p.m.;

26         WHEREAS, counsel for the parties are available to participate in a telephonic Case

27  Management Conference at the regularly scheduled time on any Wednesday or Thursday in May.

28         IT IS HEREBY STIPULATED that, upon order of this Court, initial Case Management

1  Conference shall be continued to any Wednesday or Thursday in May at a time between 2:30 p.m.
2  and 3:15 p.m.

**IT IS SO STIPULATED AND AGREED**.

Respectfully submitted,

Dated: March 19, 2014                    WINSTON & STRAWN LLP

By:  */s/ Amanda L. Groves*
     Amanda L. Groves
     Attorneys for Defendant
     DIAMOND FOODS, INC.

Dated: March 19, 2014                    THE LAW OFFICES OF HOWARD W.
                                         RUBINSTEIN, P.A.

By:  */s/ Howard W. Rubenstein*
     Howard W. Rubinstein
     Attorneys for Plaintiff
     DOMINIKA SURZYN

I, Amanda L. Groves, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Amanda L. Groves*

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

**[PROPOSED] ORDER**

Based on the stipulation of the parties and for good cause showing, it is hereby ordered that the initial Case Management Conference in this action shall be continued from April 9, 2014 at 3:00 p.m. to May 14, 2014 at 2:45 p.m.

**IT IS SO ORDERED.**

_Sandra B. Armstrong_
UNITED STATES DISTRICT COURT JUDGE