Amanda L. Groves (SBN: 187216)
agroves@winston.com
Sean D. Meenan (SBN: 260466)
smeenan@winston.com
WINSTON & STRAWN LLP
101 California Street, 39th Floor
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Defendant
DIAMOND FOODS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DOMINIKA SURZYN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND FOODS, INC., a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendant. | **Case No. 4:14-cv-00136-SBA**<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1** |

WHEREAS, Dominika Surzyn ("Plaintiff") filed the First Amended Class Action Complaint ("the Complaint") on June 11, 2014;

WHEREAS, Defendant's answer or other responsive pleading is currently due on June 30, 2014;

WHEREAS, Rule 6-1(a) of the Civil Local Rules of the United States District Court for the Northern District of California provides that the parties may stipulate to extend the time within which to answer or otherwise to respond to the Complaint without a court order;

WHEREAS, the parties have agreed to a two-week extension;

//

//

//

1
STIPULATION OF EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO. 4:14-**cv**-00136-SBA

IT IS HEREBY STIPULATED that the time for Diamond to answer, move, or otherwise to respond to the Complaint is extended to and includes July 14, 2014.

**IT IS SO STIPULATED AND AGREED**.

Respectfully submitted,

Dated: June 25, 2014          WINSTON & STRAWN LLP

By: */s/ Amanda L. Groves*
　　Amanda L. Groves
　　Attorneys for Defendant
　　DIAMOND FOODS, INC.

Dated: June 25, 2014          THE LAW OFFICES OF HOWARD W. RUBINSTEIN, P.A.

By: /s/ *Benjamin M. Lopatin*
　　Benjamin M. Lopatin
　　Attorneys for Plaintiff
　　DOMINIKA SURZYN

I, Amanda L. Groves, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Amanda L. Groves*

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802