1  Amanda L. Groves (SBN: 187216)
   agroves@winston.com
2  Sean D. Meenan (SBN: 260466)
   smeenan@winston.com
3  WINSTON & STRAWN LLP
   101 California Street
4  San Francisco, CA 94111-5802
   Telephone:    (415) 591-1000
5  Facsimile:    (415) 591-1400

6  Attorneys for Defendant
   DIAMOND FOODS, INC.
7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11 DOMINIKA SURZYN, individually and on    Case No. 4:14-cv-00136-SBA
   behalf of all others similarly situated,
12                                          **STIPULATION AND ORDER STAYING**
                                            **CASE**
               Plaintiff,
13
        v.
14                                          Judge: Hon. Saundra Brown

15 DIAMOND FOODS, a Delaware limited
   liability company, and DOES 1 through 10,
16 inclusive,

17             Defendant.

18

19     The parties, through their undersigned counsel, hereby stipulate and agree as follows:

20     WHEREAS, Dominika Surzyn ("Plaintiff") filed a putative class action against Diamond

21 Foods, Inc. ("Diamond Foods") on January 9, 2014 in the United States District Court for the

22 Northern District of California (the "Complaint");

23     WHEREAS, on March 24, 2014, Diamond Foods filed a Motion to Dismiss and Strike

24 Complaint;

25     WHEREAS, on April 22, 2014, Diamond Foods filed a Notice of Pendency of Other Actions,

26 which listed *Klacko v. Diamond Foods, Inc.*, No. 9:14-cv-80005 ("*Klacko*"), a putative class action

27 which was filed in the Southern District of Florida on January 3, 2014, as a case involving all or a

28 material part of the subject matter of the instant action;

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

-1-

WHEREAS, on May 28, 2014, the Court granted Diamond Foods' motion to dismiss and denied Diamond Foods' alternative motion to strike as moot, and granted Plaintiff leave to amend her Complaint;

WHEREAS, on June 11, 2014, Plaintiff filed an Amended Complaint;

WHEREAS, on July 14, 2014, Diamond Foods filed its Answer to the Amended Complaint;

WHEREAS, the parties in *Klacko* have reached a settlement and executed a Stipulation of Class Action Settlement, and the court in *Klacko* is currently considering the unopposed Motion for Preliminary Approval of Class Action Settlement which was filed on October 22, 2014;

WHEREAS, the Stipulation of Class Action Settlement in *Klacko*, if finally approved, would settle and release the claims asserted by the Plaintiff herein;

WHEREAS, the parties have agreed to stay the instant action until the court in *Klacko* determines whether to grant final approval of the Stipulation of Class Action Settlement;

WHEREAS, the parties have agreed to inform this Court of the outcome of the *Klacko* case and whether the court in *Klacko* grants final approval to the Stipulation of Class Action Settlement;

THEREFORE, the parties hereby STIPULATE that, upon order of this Court, this case is stayed pending the court's decision in *Klacko* on whether to grant final approval of the Stipulation of Class Action Settlement.

///
///
///
///
///
///
///
///
///
///
///

**Winston & Strawn LLP**
101 California Street
San Francisco, CA 94111-5802

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

Dated:  October 27, 2014                    WINSTON & STRAWN LLP

By:     */s/ Amanda L. Groves*
        Amanda L. Groves
        Attorneys for Defendant
        DIAMOND FOODS, INC.

Dated:  October 27, 2014                    THE LAW OFFICES OF HOWARD W.
                                            RUBINSTEIN, P.A.

By:     */s/ Benjamin M. Lopatin*
        Benjamin M. Lopatin
        Attorneys for Plaintiff
        DOMINIKA SURZYN

I, Amanda L. Groves, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Amanda L. Groves*
Amanda L. Groves

-3-

**Winston & Strawn LLP**
101 California Street
San Francisco, CA 94111-5802

## **ORDER**

Based on the stipulation of the parties and for good cause showing, it is hereby ordered that this case is stayed pending the court's decision in *Klacko* on whether to grant final approval of the Stipulation of Class Action Settlement.

The parties shall appear for a telephonic Case Management Conference on **February 11, 2015 at 2:30 p.m.**  At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call.  At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line.  If preliminary or final approval is not conferred in *Klacko*, the parties shall immediately notify the Court.

**IT IS SO ORDERED.**

Dated:  10/27/14

_Saundra B Armstrong_
UNITED STATES DISTRICT COURT JUDGE