Benjamin M. Lopatin, Esq. (SBN: 281730)
*lopatin@hwrlawoffice.com*
THE LAW OFFICES OF
HOWARD W. RUBINSTEIN, P.A.
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Tel.: (800) 436-6437
Fax: (415) 692-6607

*Attorney for Plaintiff Dominika Surzyn
and the Proposed Class*

Amanda L. Groves (SBN: 187216)
agroves@winston.com
Sean D. Meenan (SBN: 260466)
smeenan@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5802
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

*Counsel for Defendant Diamond Foods, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **DOMINIKA SURZYN**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DIAMOND FOODS, INC.**, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 4:14-cv-00136-SBA<br><br>JUDGE: HON. SAUNDRA B. ARMSTRONG<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Hearing Date: February 11, 2015<br>Hearing Time: 2:30 pm |

  Plaintiff, Dominika Surzyn ("Surzyn"), and Defendant, Diamond Foods, Inc. ("Diamond Foods"), jointly submit the following JOINT CASE MANAGEMENT STATEMENT, pursuant to the Court's Order dated October 28, 2014 [DE 40], by stating as follows:

  Pursuant to the parties' stipulation and this Court's order dated October 28, 2014, this action has been stayed pending approval of a nationwide class settlement in a related Florida case,

*Klacko v. Diamond Foods, Inc.,* Case No. 9:14-cv-80005 ("*Klacko*").  On October 30, 2014, the Florida court preliminarily approved the settlement and set the final approval hearing for July 17, 2015.

Accordingly, the parties request the stay in this action be continued and a further case management conference set for a date convenient for the Court in September 2015.  If final approval in *Klacko* is granted, this action will be dismissed with prejudice by Plaintiff upon the effective date of the class settlement. If this action is not dismissed in advance of the September 2015 case management conference, the parties can submit a further statement updating the Court on the status of the nationwide settlement and any other matters the Court wishes to be addressed.

**DATED:  February 2, 2015**              **Respectfully Submitted**,

*/s/   Benjamin M. Lopatin*
Benjamin M. Lopatin, Esq.
Cal. SBN:  281730
lopatin@hwrlawoffice.com
THE LAW OFFICES OF
HOWARD W. RUBINSTEIN, P.A.
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Tel.:  (800) 436-6437
Fax:  (415) 692-6607

*Attorney for Plaintiff Dominika Surzyn
and the Proposed Class*


Amanda L. Groves (SBN:  187216)
agroves@winston.com
Sean D. Meenan (SBN:  260466)
smeenan@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

*Counsel for Defendant Diamond Foods, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of February, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

                                                          */s/ Benjamin M. Lopatin*
                                                        Benjamin M. Lopatin, Esq.